FILED
U.S. DISTRICT COURT
SAVANNAH

2013 JAN 14  AM 10: 2?

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RICKY MAYNOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CV412-272 |
| | ) |
| SHERIFF AL ST. LAWRENCE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 14 day of Jan., 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA