FILED
U.S. DISTRICT COURT
SAVANNAH
2013 JAN 14 AM 10: 27
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

RICKY MAYNOR, )
)
Petitioner, )
)
v. ) Case No. CV412-272
)
SHERIFF AL ST. LAWRENCE, )
)
Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 14 day of Jan., 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA